IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEVIN DEESE, *et al.*,

    Plaintiffs,

 v.

MARK T. ESPER,
Secretary of Defense, *et al.*,

    Defendants.

Case No. 1:18-cv-02669-RDB

## ORDER TO STAY FURTHER PROCEEDINGS

HAVING READ AND CONSIDERED the Parties' joint correspondence to Chambers regarding the most efficient way to proceed on the remaining claims in this case pursuant to this Court's Order on September 2, 2020 (ECF No. 58) it is, this 24th day of September 2020, ORDERED AS FOLLOWS:

(1) Further proceedings are hereby STAYED until December 23, 2020, pending further Order of this Court; and

(2) On or before December 23, 2020, the parties shall submit a Joint Status Report to the Court addressing: (a) the status of the litigation in *Harrison, et al. v. Esper, et al.*, No. 18-CV-641 and *Richard Roe, et al., v. Esper, et al.*, No. 18-CV-1565; (b) whether the Parties request that the stay be lifted; and (c) if the Parties request that the stay be lifted, a joint proposal for a schedule to govern further proceedings in this Court.

                                                  ____/s/_____
                                                RICHARD D. BENNETT
                                                United States District Judge