IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN DEESE, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> LLOYD J. AUSTIN III, <br> Secretary of Defense, *et al.*, <br>     *Defendants*. | Civil Action No. RDB-18-2669 |

## JOINT STATUS REPORT

Pursuant to the Court's June 16, 2021 Order (ECF 80), Plaintiffs and Defendants in the above-captioned matter, by undersigned counsel, provide this Joint Status Report.

1. The parties are continuing to await the Eastern District of Virginia's ruling in *Harrison, et al. v. Esper, et al.*, No. 18-CV-641 and *Richard Roe, et al., v. Esper, et al.*, No. 18-CV-1565. Both cases completed Summary Judgment briefing in late 2020, but no ruling has issued.

2. The parties have conferred, and Plaintiffs wish to lift the current stay in the above-captioned matter and proceed with certain discovery while Summary Judgment briefing in the *Harrison* and *Roe* cases remains pending. Depending on the scope of the discovery Plaintiffs propose, Defendants reserve the right to argue that the stay should be extended.

3. The parties respectfully request 30 days to meet and confer to determine whether there is agreement to prepare a joint proposal for a schedule to govern further proceedings in this Court. If so, the parties will submit a joint proposal to the Court on or before October 13, 2021. If the parties are unable to reach agreement, they will submit a joint status report on or before October 13, 2021, identifying their respective positions.

Dated: September 13, 2021                              Respectfully submitted,

*/s/ Claire A. Fundakowski*                            Jonathan F. Lenzner
Claire A. Fundakowski (Fed. Bar No. 14921)             Acting United States Attorney
WINSTON & STRAWN LLP
1901 L Street, NW                                      */s/Neil R. White*
Washington, D.C. 20036                                 Neil R. White*
(202) 282-5000                                         Assistant U.S. Attorney
                                                       *Signed by Claire A. Fundakowski
Bryce A. Cooper                                        with permission*
WINSTON & STRAWN LLP                                   36 South Charles Street, Fourth Floor
35 West Wacker Drive                                   Baltimore, MD 21201
Chicago, IL 60601                                      (410) 209-4958
(312) 558-5600

*Attorneys for Plaintiffs*                             *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, the foregoing document was electronically filed and served on all counsel of record through the Court's CM/ECF system, in accordance with the Court's electronic case filing policies and procedures.

*/s/ Claire A. Fundakowski*
Claire A. Fundakowski (Fed. Bar No. 14921)
*Attorney for Plaintiff*