IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN DEESE, *et al.*,<br>　　*Plaintiffs*,<br><br>　v.<br><br>LLOYD J. AUSTIN III,<br>　Secretary of Defense, *et al.*,<br>　　*Defendants*. | Civil Action No. RDB-18-2669 |

## JOINT STATUS REPORT

Plaintiffs and Defendants in the above-captioned matter, by undersigned counsel, provide this Joint Status Report.

1.　The parties are continuing to await the Eastern District of Virginia's ruling in *Harrison, et al. v. Esper, et al.*, No. 18-CV-641 and *Richard Roe, et al., v. Esper, et al.*, No. 18-CV-1565. Both cases completed Summary Judgment briefing in late 2020, but no ruling has issued.

2.　In October 2021, the parties conferred and agreed to a schedule whereby Defendants would file an answer to the amended complaint by November 15, 2021, and the parties would exchange and respond to written discovery requests, and to produce documents responsive to such requests by March 15, 2022 (ECF 83).

3.　Following discussion between the Court and parties on November 3, 2021, the Court continued the stay until January 3, 2022.

4.　On January 5, 2022, the parties informed Judge Bennett's chambers that they agreed the matter may remain stayed until February 4, 2022.

5.　The parties have conferred again, and Plaintiffs seek to lift the stay and set a case schedule to govern further proceedings. Because Defendants understand that the reasons for which

the Court continued the stay in November 2021 remain applicable, Defendants believe that the stay should be maintained.

6. Plaintiffs respectfully request a telephonic conference with the Court to discuss this matter further. Defendants take no position on Plaintiffs' request for a conference. If the Court believes a telephonic conference would be helpful, Defendants respectfully request that the Court set the conference for no earlier than February 22, 2022, as counsel for Defendants have limited availability during the week of February 14 to February 18.

Dated: February 11, 2022

Respectfully submitted,

/s/ Claire A. Fundakowski
Claire A. Fundakowski (Fed. Bar No. 14921)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, D.C. 20036
(202) 282-5000

Bryce A. Cooper
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

*Attorneys for Plaintiffs*

Brian M. Boynton
Acting Assistant Attorney General
Civil Division

Anthony J. Coppolino
Deputy Director
Federal Programs Branch

/s/ Joshua C. Abbuhl
*Signed by Claire A. Fundakowski
with permission*
Joshua C. Abbuhl
D.C. Bar No. 1044782
D. Md. Bar No. 813830
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: 202-616-8366
Facsimile: 202-616-8460

Erek Barron
United States Attorney

/s/ Kelly M. Marzullo

                                        Kelly M. Marzullo (Bar No. 28036)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21202
(410) 209-4956 (direct)
(410) 962-2310 (fax)
Kelly.Marzullo@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, the foregoing document was electronically filed and served on all counsel of record through the Court's CM/ECF system, in accordance with the Court's electronic case filing policies and procedures.

*/s/ Claire A. Fundakowski*
Claire A. Fundakowski (Fed. Bar No. 14921)
*Attorney for Plaintiff*